In the Matter of the Claim of ANNA BOETTGER et al., Respondents, against YOUNG MEN'S CHRISTIAN ASSOCIATION OF TROY, New York, et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.——

All concur.